796 A.2d 225

IN THE MATTER OF DONALD C. VAILLANCOURT, AN ATTORNEY AT LAW (ATTORNEY NO. 014421985).

May 8, 2002.

## ORDER

**DONALD C. VAILLANCOURT** of **FORT LEE**, who was admitted to the bar of this State in 1985, having pleaded guilty to

mail fraud in violation of 18 *U.S.C.A.* 1341 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DONALD C. VAILLANCOURT** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of the Court; and it is further

ORDERED that **DONALD C. VAILLANCOURT** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DONALD C. VAILLANCOURT** comply with *Rule* 1:20–20 dealing with suspended attorneys.